# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **ROHAN PETERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 2:22-cv-02132-JPM-atc |
| v. | ) |
| | ) |
| **INTERNATIONAL PAPER COMPANY** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice, filed on April 8, 2024 (ECF No. 117), and the Court having entered an Order of Dismissal (ECF No. 118),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE.**

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

April 9, 2024
Date